UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN LUTHER,

    Plaintiff,

                                    No. 21-cv-00157

v

                                    HON. ROBERT J. JONKER

MICHIGAN DEPARTMENT OF
CORRECTIONS, STATE OF MICHIGAN,    MAG. JUDGE RAY KENT

    Defendants.

James B. Rasor (P43476)
Andrew J. Laurila (P78880)
Attorneys for Plaintiff
Rasor Law Firm, PLLC
201 E. Fourth Street
Royal Oak MI 48067
(248) 543-9000
(248) 543-9050 – fax
ajl@rasorlawfirm.com
JRB@raserlawfirm.com


Patrick L. O'Brien (P78163)
Attorney for Defendants
Michigan Department of Attorney General
Civil Litigation, Employment & Elections
Division
P. O. Box 30736
Lansing MI 48909
(517) 335-7659
(517) 335-7640 – fax
obrienp1@michigan.gov
                                       /

**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT**

    This matter having come before this Honorable Court by the parties; and the

Court being otherwise fully advised in the premises:

WHEREAS the parties stipulate to the dismissal of the above-captioned matter in its entirety;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, and under Rule 41 of the Federal Rules of Civil Procedure, that the present case is dismissed with prejudice and without fees or costs to any party. This stipulated order resolves the last pending claim and closes the case.

| | |
|---|---|
| *s/Patrick L. O'Brien* | *s/Andrew J. Laurila (w/permission)* |
| Patrick L. O'Brien (P78163) | James B. Rasor (P43476) |
| Assistant Attorney General | Andrew J. Laurila (P43476) |
| obrienp1@michigan.gov | Attorney for Plaintiff |
| | Rasor Law Firm |
| | ajl@rasorlawfirm.com |
| | |
| Dated: January 10, 2022 | Dated: January 10, 2022 |

**IT IS SO ORDERED**

   /s/ Robert J. Jonker
HON. ROBERT J. JONKER
United States District Judge

Dated   January 11, 2022